JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BDW CONSTRUCTION LLC, a Mississippi limited liability company; and BRYAN DWIGHT DAVIS, an individual,<br><br>                    Defendants. | Case No. 8:23-cv-01100-FWS-DFM<br><br>**JUDGMENT** |

**JUDGMENT**

On May 14, 2024, the court granted Plaintiff Balboa Corporation's ("Plaintiff") Motion for Default Judgment against Defendant BDW Construction LLC and Bryan Dwight Davis ("Defendants"). (Dkt. 33.) Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter, in favor of Plaintiff, and against Defendants, in the total amount of **$136,981.34**; which represents (1) compensatory damages in the amount of $116,931.90; (2) prejudgment interest in the amount of $12,942.60; (3) costs in the amount of $909.35; and (4) attorneys' fees in the amount of $6,197.49.
2. The Clerk is **ORDERED** to enter this Judgment forthwith.

**IT IS SO ORDERED**.

DATED: June 18, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE